UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE MCDERMOTT,

    Plaintiff,

v.                                  Case No: 8:16-cv-1856-T-36JSS

NEW BRITAIN FINANCIAL, LLC,

    Defendant.
_____/

## **ORDER**

    This matter comes before the Court *sua sponte*. On November 27, 2017, this Court entered an Order (Doc. 19) denying Plaintiff's Motion for Default Judgment (Doc. 16) without prejudice, and granting Plaintiff leave to file an amended complaint within fourteen days[1] of the date of the Order or, alternatively, a second motion for entry of default judgment (Doc. 19). Plaintiff has not filed an amended complaint or a second motion for entry of default judgment. Therefore, Plaintiff is directed to show cause by a written response filed within **FOURTEEN (14) DAYS** indicating why this case should not be dismissed pursuant to Local Rule 3.10(a) for lack of prosecution due to the nonfiling of an amended complaint or second motion for entry of default judgment within the time prescribed by this Court's Order (Doc. 19). **Failure to respond shall result in this action being dismissed without further notice.**

    **DONE AND ORDERED** in Tampa, Florida on December 27, 2017.

                                                    Charlene Edwards Honeywell
                                                    United States District Judge

---

[1] The fourteenth day from the date of the Order fell on December 11, 2017.

Copies to:
Counsel of Record and Unrepresented Parties, if any